# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JAMES COLE, as Chairman on behalf of the Board of Trustees of the Iron Workers Local Union No. 167 Health and Welfare Plan and Trust; The Iron Workers Local Union No. 167 Pension Plan and Trust; The Iron Workers Local Union No. 167 Apprenticeship and Training Trust Fund; and Iron Workers Local Union No. 167, <br><br> Plaintiff, <br><br> v. <br><br> ELITE IRON WORKS, ELITE IRON WORKS, LLC, and RUSSELL FEIVOU, <br><br> Defendants. | No. 2:21-cv-2165-TLP-tmp <br><br> **JURY DEMAND** |

## JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiff's Complaint, filed on March 19, 2021. (ECF No. 1.) In accordance with the Findings of Fact and Conclusions of Law[1] (ECF No. 65), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

---

[1] The Court still needs to determine whether attorney's fees and costs would be appropriate for the prevailing party under 29 U.S.C. § 1132(g). (ECF No. 65 at PageID 881.)

2

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 27, 2023
Date